

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2019

No. 04-19-00671-CV

Ricardo Enrique **ALVA**,
Appellant

v.

**THE CITY OF OLMOS PARK ET AL**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2019CV05393
The Honorable Grace M. Uzomba, Judge Presiding

## O R D E R

On July 31, 2019, the appellees filed a notice of removal of the underlying case to the United States District Court for the Western District of Texas, San Antonio Division. Appellant subsequently filed a notice of appeal in this court seeking to challenge the removal. "Once removal is effected, 'the State court shall proceed no further unless and until the case is remanded.'" *Meyerland Co. v. F.D.I.C.*, 848 S.W.2d 82, 83 (Tex. 1993); *see* 28 U.S.C. §1446(d). Accordingly, we ORDER this appeal ABATED. For administrative purposes, the appeal will be treated as a closed case, unless and until it is reinstated by court order issued upon the filing of a certified copy of a remand order.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2019.

_____
Michael A. Cruz,
Clerk of Court